NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Evan Selik (SBN 251039)
Christine Zaouk (SBN 251355)
McCATHERN LLP
523 West Sixth Street, Suite 830
Los Angeles, California 90014
(213) 225-6150 / Fax (213) 225-6151
eselik@mccathernlaw.com
czaouk@mccathernlaw.com

ATTORNEY(S) FOR: Plaintiffs, JEAN-PAUL SALIBA, et al.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-PAUL SALIBA, individually and on behalf of other persons similarly situated,<br><br>Plaintiff(s),<br>v.<br>ROBINHOOD MARKETS, INC.; ROBINHOOD FINANCIAL, LLC; FINANCIAL SECURITIES, LLC; ROBINHOOD<br><br>Defendant(s) | CASE NUMBER:<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff, JEAN-PAUL SALIBA, et al.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JEAN-PAUL SALIBA, individually and on behalf of other persons similarly situated | Plaintiffs |
| ROBINHOOD MARKETS, INC.; ROBINHOOD FINANCIAL, LLC; FINANCIAL SECURITIES, LLC; ROBINHOOD CRYPTO, LLC and DOES 1-100 | Defendants |

February 3, 2021                            *Evan Selik*
Date                                        Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs, JEAN-PAUL SALIBA, et al.