| | |
|---|---|
| 1 | C. Brandon Wisoff (State Bar No. 121930) |
| 2 | Eric D. Monek Anderson (State Bar No. 320934) |
|   | **Farella Braun + Martel LLP** |
| 3 | 235 Montgomery Street, 17th Floor |
|   | San Francisco, California 94104 |
| 4 | Telephone:  (415) 954-4400 |
|   | Facsimile:  (415) 954-4480 |
| 5 | Email:  emonekanderson@fbm.com |
|   | Email:  bwisoff@fbm.com |
| 6 | |
| 7 | Antony L. Ryan (*pro hac vice* application forthcoming) |
|   | Kevin J. Orsini (*pro hac vice* application forthcoming) |
| 8 | Brittany L. Sukiennik (*pro hac vice* application forthcoming) |
|   | **Cravath, Swaine & Moore LLP** |
| 9 | New York, NY 10019 |
|   | Telephone:  (212) 474-1000 |
| 10 | Facsimile:  (212) 474-3700 |
|   | Email:  aryan@cravath.com |
| 11 | Email:  korsini@cravath.com |
| 12 | Email:  bsukiennik@cravath.com |

Attorneys for Defendants Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc. and Robinhood Crypto, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JEAN-PAUL SALIBA, individually and on behalf of other persons similarly situated, | Case No.: 4:21-cv-00871-HSG |
| Plaintiff, | |
| vs. | **CERTIFICATION OF INTERESTED ENTITIES** |
| ROBINHOOD MARKETS, INC.; ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC; ROBINHOOD CRYPTO, LLC; and DOES 1-100, | |
| Defendants. | |

Defendants Robinhood Markets, Inc.; Robinhood Financial LLC; Robinhood Securities, LLC; and Robinhood Crypto, LLC, by their attorneys, Farella Braun + Martel LLP and Cravath, Swaine & Moore LLP, pursuant to Federal Rule of Civil Procedure 7.1, disclose as follows:

1. Robinhood Markets, Inc.; Robinhood Financial LLC; Robinhood Securities, LLC; and Robinhood Crypto, LLC are privately held companies.
2. Robinhood Markets, Inc. does not have a parent corporation.
3. Robinhood Financial LLC; Robinhood Securities, LLC; and Robinhood Crypto, LLC are wholly-owned subsidiaries of Robinhood Markets, Inc.
4. No publicly held corporation owns 10% or more of the stock of Robinhood Markets, Inc.; Robinhood Financial LLC; Robinhood Securities, LLC; or Robinhood Crypto, LLC.

Pursuant to Civil L.R. 3-15, the undersigned certifies that, in addition to the parties in this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial or other interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Baiju Bhatt
2. Vladimir Tenev
3. Index Ventures

Dated: March 15, 2021

FARELLA BRAUN + MARTEL LLP

By: _____
C. Brandon Wisoff

Attorneys for Defendants Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc. and Robinhood Crypto, LLC